JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARONA K.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2] <br><br> Defendant. | Case No. CV 21-08006-KK <br><br><br> JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: October 19, 2022

*[signature]*

HONORABLE KENLY KIYA KATO
United States Magistrate Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.